**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **LYNNE ANNE-BRIGITTE RUSSELL, ET AL.** | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 2024-cv-1820-JDB |
| | ) | |
| **DISTRICT OF COLUMBIA, ET AL.** | ) | |
| | **)** | |
| Defendants. | ) | |

**NOTICE OF WITHDRAWAL OF MOTION FOR PRELIMINARY INJUNCTION**

Plaintiffs, by counsel, hereby withdraw their pending motion for preliminary injunction. The withdrawal is in light of the D.C. Circuit's decision in *Hanson v. District of Columbia,* Case No. 23-7061 (October 29, 2024). Given the Circuit's resolution of the factor of irreparable harm in that case, it is plaintiffs' view that they are unable to make the requisite showing of irreparable harm sufficient to obtain a preliminary injunction. Accordingly, plaintiffs withdraw their motion.

Plaintiffs note their intention to file a second amended complaint within 10 calendar days from this date and suggest the court should order the parties to confer and propose a schedule for further proceedings, including discovery and summary judgement motions.

Respectfully submitted,

**LYNNE ANN BRIGITTE RUSSELL**

**CHARLES JOHN DE CARO**

**LEANNE CHRISTINE REILLY**

**ERIC N. CHRISTIAN, JR.**

**TIMOTHY R. BECK**

By: /s/ George L. Lyon, Jr.
George L. Lyon, Jr. (D.C. Bar No. 388678)
Arsenal Attorneys
4000 Legato Road, Suite 1100
Fairfax, VA 22033
202-669-0442, fax 202-483-9267
gll@arsenalattorneys.com

Matthew J. Bergstrom (D.C. Bar. No. 989706)
Arsenal Attorneys
4000 Legato Road, Suite 1100
Fairfax, VA 22033
800-819-0608
mjb@arsenalattorneys.com

Dated:   November 20, 2024        *Attorneys for Plaintiffs*


## CERTIFICATE OF SERVICE

I hereby certify that, on this 20th day of November, 2024, a true copy of the foregoing document was filed electronically with the Clerk of Court using the Court's CM/ECF system, which will send by email a notice of docketing activity to all counsel of record.

/s/George L. Lyon, Jr.
George L. Lyon, Jr., DC Bar No. 388678