UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LYNNE ANNE-BRIGITTE RUSSELL**, *et al.*, <br><br> **Plaintiffs,** <br><br> v. <br><br> **DISTRICT OF COLUMBIA**, *et al.*, <br><br> **Defendants.** | No. 1:24-cv-01820-JDB |

**JOINT MOTION TO SET A BRIEFING SCHEDULE
FOR CROSS-MOTIONS FOR SUMMARY JUDGMENT**

The Parties jointly move the Court to set a briefing schedule for cross-motions for summary judgment. By way of background, at the outset of this case, Plaintiffs moved [9] for a preliminary injunction. Defendants (the District) filed an opposition [21]. Before filing a reply brief, Plaintiffs withdrew their motion [25]. Plaintiffs then moved, with the District's consent, to file a Second Amended Complaint [26]. The Court granted that motion and set a responsive pleading deadline of December 20. Dec. 6, 2024, Min. Order.

Since Plaintiffs' withdrawal of their motion for a preliminary injunction, the Parties have conferred and agree that this case should be resolved on cross-motions for summary judgment. The issues presented in this case are primarily issues of law that do not require a normal discovery process. Accordingly, the Parties believe it will be most efficient and economical for them and the Court to proceed to summary judgment briefing. "[A] party may file a motion for summary judgment at any time until 30 days after the close of all discovery." Fed. R. Civ. P. 56(b). And a defendant need not file an answer before moving for summary judgment. *E.g.*, *Parker v. DOJ*, 214 F. Supp. 3d 79, 85 (D.D.C. 2016); *Jurdi v. United States*, 485 F. Supp. 3d

83, 99 (D.D.C. 2020).  Accordingly, the Parties also request that the Court hold the District's responsive pleading deadline in abeyance unless and until summary judgment is denied.

The Parties have agreed on a proposed briefing schedule, including page limits.  The Parties respectfully request that the Court enter the following schedule:

| Filing | Deadline | Pages |
|---|---|---|
| Plaintiffs' Motion for Summary Judgment | February 21, 2025 | 45 |
| District's Combined Cross-Motion for Summary Judgment and Opposition to Plaintiffs' Motion | March 21, 2025 | 45 |
| Plaintiffs' Combined Opposition to the District's Motion and Reply in Support of Plaintiffs' Motion | April 18, 2025 | 25 |
| District's Reply in Support of its Motion | May 16, 2025 | 25 |

Pursuant to LCvR 7(a), this Motion includes all supporting points of law and authority.

A proposed order follows, as required by LCvR 7(c).

Date: December 17, 2024.

/s/ George L. Lyon, Jr.
George L. Lyon, Jr. [388678]
Matthew J. Bergstrom [989706]
Arsenal Attorneys
4000 Legato Road, Suite 1100
Fairfax, VA 22033
(202) 669-0442
gll@arsenalattorneys.com

*Counsel for Plaintiffs*

Respectfully submitted,

BRIAN L. SCHWALB
Attorney General for the District of Columbia

STEPHANIE E. LITOS
Deputy Attorney General
Civil Litigation Division

/s/ Matthew R. Blecher
MATTHEW R. BLECHER [1012957]
Chief, Civil Litigation Division, Equity Section

/s/ Honey Morton
HONEY MORTON [1019878]
Assistant Chief, Equity Section

/s/ Adam J. Tuetken
ADAM J. TUETKEN [242215]
MATEYA B. KELLEY [888219451]
Assistant Attorneys General
Civil Litigation Division
400 6th Street, NW
Washington, D.C. 20001
Phone: (202) 735-7474
Email: adam.tuetken@dc.gov

*Counsel for Defendants*