# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LYNNE ANNE-BRIGITTE RUSSELL, ET AL.** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 2024-cv-1820-JDB |
| ) | |
| **DISTRICT OF COLUMBIA, ET AL.** ) | |
| ) | |
| Defendants. ) | |

## MOTION FOR PARTIAL SUMMARY JUDGMENT

Plaintiffs, by counsel, move for partial summary judgment on their claim for a declaratory judgment and permanent injunction that DCMR § 24.2344(2) on its face and as applied to holstered off body carry violates the Second Amendment.[1]

Pursuant to Local Rule 7(h) plaintiffs are filing concurrently herewith their statement of material undisputed fact.

Also filed currently herewith are Plaintiffs' memorandum of points and authorities and a proposed order.

As the instant motion is a dispositive motion, under Local Rule 7(m) there is no duty to confer with opposing counsel or to state defendants' position on this motion.

---

[1] Plaintiffs claim for damages beyond nominal damages is fact dependent and thus not ripe for summary judgment.

Respectfully submitted,

**LYNNE ANNE-BRIGITTE RUSSELL**

**CHARLES JOHN DE CARO**

**LEANNE CHRISTINE REILLY**

**ERIC N. CHRISTIAN, JR.**

**TIMOTHY R. BECK**

By: /s/ George L. Lyon, Jr.
George L. Lyon, Jr. (D.C. Bar No. 388678)
Arsenal Attorneys
4000 Legato Road, Suite 1100
Fairfax, VA 22033
202-669-0442, fax 202-483-9267
gll@arsenalattorneys.com

Matthew J. Bergstrom (D.C. Bar. No. 989706)
Arsenal Attorneys
4000 Legato Road, Suite 1100
Fairfax, VA 22033
800-819-0608
mjb@arsenalattorneys.com

Dated:  February 20, 2025          *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that, on this 20th day of February, 2025, a true copy of the foregoing document was filed electronically with the Clerk of Court using the Court's CM/ECF system, which will send by email a notice of docketing activity to all counsel of record.

/s/George L. Lyon, Jr.
George L. Lyon, Jr., DC Bar No. 388678