**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Lynne Anne-Brigitte Russell, et al. | ) |
| | ) |
|     Plaintiffs, | ) |
| | ) Civil Action No. 24-cv-1820-JDB |
| v. | ) |
| | ) |
| District Of Columbia, et al. | ) |
| | ) |
|     Defendants. | ) |
| | ) |

**ORDER GRANTING PARTIAL SUMMARY JUDGMENT**

**(PROPOSED)**

Before the Court are plaintiffs' motion for partial summary judgment, defendants' response thereto and plaintiffs' reply. Plaintiffs allege DCMR § 24-2344.2's provision prohibiting off body firearm carry violates their rights under the Second Amendment to the United States Constitution.

For the reasons set forth more fully in the concurrently issued opinion, plaintiffs' motion will be granted and defendants are permanently enjoined as set forth below.

1. The court declares that DCMR § 24-2344.2 violates the Second Amendment to the United States Constitution to the extent that it prohibits persons holding District of Columbia concealed pistol licenses from carrying firearms in purses, backpacks or other devices designed to accommodate a concealed handgun.

2. **IT IS THEREFORE ORDERED** that defendants, their officers, agents, servants, employees, and all persons in active concert or participation with them who receive actual notice of this injunction are permanently enjoined from enforcing the provisions of DCMR 24-2344.2, including using a violation of this regulation as a basis to deny or to revoke a District issued license to carry a concealed pistol.

1

3. **IT IS FURTHER ORDERED** that the parties will meet, confer and submit by _____ a proposed schedule for the trial of damages claimed by Plaintiffs with respect to DCMR 24-2344.2 as well as the matter of costs and attorneys' fees related to this action.

**SO ORDERED**

Dated: _____

_____
Hon. John D. Bates
United State District Judge