UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LYNNE ANNE-BRIGITTE RUSSELL,** *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>**DISTRICT OF COLUMBIA,** *et al.*,<br><br>Defendants. | No. 1:24-cv-01820-JDB |

## DEFENDANTS' EXHIBIT LIST

1. Eric Christian Incident Report

2. Eric Christian Body-Worn-Camera Video [provided directly to Court]

3. Eric Christian Gun Photograph

4. Eric Christian Notice of Proposed Revocation

5. Eric Christian Appeal Documents

6. Timothy Beck *Gerstein* Affidavit

7. Timothy Beck Body-Worn-Camera Video [provided directly to Court]

8. Timothy Beck Gun Photograph

9. Timothy Beck Notice of Proposed Revocation

10. Timothy Beck Appeal Documents

11. Timothy Beck Final Order

12. Declaration of Stephen Amodeo

13. Declaration of Nathan Kozuskanich

14. Declaration of Brennan Rivas

| | |
|---|---|
| Date: April 4, 2025. | Respectfully submitted,<br><br>BRIAN L. SCHWALB<br>Attorney General for the District of Columbia<br><br>CHAD COPELAND<br>Deputy Attorney General<br>Civil Litigation Division<br><br>*/s/ Matthew R. Blecher*<br>MATTHEW R. BLECHER [1012957]<br>Chief, Civil Litigation Division, Equity Section<br><br>*/s/ Honey Morton*<br>HONEY MORTON [1019878]<br>Assistant Chief, Equity Section<br><br>*/s/ Adam J. Tuetken*<br>ADAM J. TUETKEN [242215]<br>Special Counsel for Firearm Safety<br>MATEYA B. KELLEY [888219451]<br>Assistant Attorneys General<br>Civil Litigation Division<br>400 6th Street, NW<br>Washington, D.C. 20001<br>(202) 735-7474<br>adam.tuetken@dc.gov<br><br>*Counsel for Defendants* |

2