# EXHIBIT 1

MPD

## CCN # 24008014 - Offense/Incident Report Cover Sheet

| REPORT DATE / TIME | DISTRICT / PSA / SUBDIVISION 4 / SUBDIVISION 5 | EVENT START DATE / TIME - EVENT END DATE / TIME |
|---|---|---|
| Jan 16, 2024 20:43 | | Jan 16, 2024 20:22 - 20:40 |

### OFFENSE-1

| OFFENSE CODE | | WEAPON / FORCE INVOLVED | |
|---|---|---|---|
| Pistol License Violation | | Handgun | |
| OFFENSE LOCATION | | OFFENSE START DATE | OFFENSE END DATE |
| 2433 IRVING STREET SE, WASHINGTON, DC 20020 | | Jan 16, 2024 20:22 | Jan 16, 2024 20:40 |

### INVOLVED PERSONS

| INVOLVEMENT | NAME | HOME ADDRESS | DOB / ESTIMATED AGE RANGE | RACE | SEX |
|---|---|---|---|---|---|
| R-1 | 7D SMU | | 23 - 60 years old | UNKNOWN | Unknown |
| S-1, SB-1 | ERIC NATHANIEL CHRISTIAN | 1319 S ST SE WASHINGTON, DC 20019 | | Black | Male |

### INVOLVED ORGANIZATIONS

| INVOLVEMENT | NAME | ADDRESS |
|---|---|---|
| V-1 | Public/Society | |

### INVOLVED PROPERTY

| STATUS | ITEM CATEGORY | DESCRIPTION |
|---|---|---|
| Seized | Firearm Accessories | 10 ROUND MAGAZINE WITH 10 ROUNDS AMMUNITION |
| Seized | Firearm Accessories | GLOCK GUN STORAGE BOX |
| Seized | Handgun, Semi-Automatic | GLOCK 43X |

### PUBLIC NARRATIVE

BWC ACTIVATED

This statement of facts is based on my best recollection without having the legal authorization to review any associated body worn camera footage to assist in writing a statement in accordance with the Comprehensive Policing and Justice Reform Second Emergency Amendment Act of 2020 passed by D.C. Council.

On 01/16/2024 at the listed time, officers with the Seventh District Special Missions Unit were actively patrolling PSA 702. Officers observed a red Jeep Cherokee bearing DC tag GU5501 turn left at the intersection of Knox Pl SE and 24th Pl SE at a stop sign without properly utilizing a turn signal. Officers conducted a traffic stop of the vehicle and spoke to S-1 (driver). During the stop, officers recovered the listed firearm from the vehicle. A query through law enforcement databases confirm the listed firearm was registered to S-1, and S-1 provided officers with a DC concealed carry permit. However, the firearm was not secured/carried in accordance with DC Code, therefore the weapon was seized as evidence.

S-1 was identified, issued an NOI, and released without incident.

### INTERNAL NARRATIVE

BWC ACTIVATED

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| Matthew Finn 12337 #4818   Jan 16, 2024 21:57 (e-signature) | Jeffrey Barr 9459   Jan 16, 2024 21:58 (e-signature) |
| PRINT NAME | PRINT NAME |
| Matthew Finn 12337 #4818 | Jeffrey Barr 9459 |

**MPD**   Pg 1 of 2
*NOTE: Summarized report. More data regarding this report may exist in the RMS.*
*Mark43 RMS Form v2.0 generated by M. O'Harran 6111 #L0194 on Jun 27, 2024 16:04.*

As officers made contact with S-1 in the vehicle, S-1 was asked if he had any weapons in the vehicle. S-1 appeared to check himself and pause, before saying something to the effect of "uhhhh, yeah". S-1 then told Officer West that the firearm was under the driver's seat, at which point S-1 was stepped out of the vehicle. The firearm was located by Officer West under the seat; the listed firearm was not in holster or affixed to anything, and was stored under the seat in a manner that was not fully concealed from the public.

The firearm is identified as a Glock 43X, black in color, serial #BTGL194 with a 10 round capacity magazine. 9 rounds of 9mm ammunition were recovered in the magazine and 1 round in the chamber, for a total of 10 rounds of 9mm ammunition.

S-1 was identified via DC driver's license as Christian Jr., Eric; B/M; DOB 09/01/1994 of 1319 S St SE.

Officers on scene recovered the listed firearm on scene and transported it to the Seventh District to be placed on the 7D Evidence book.

S-1 was released at the officers' discretion; 7D SMU officers submitted an arrest warrant to the Office of the Attorney General for S-1 for a Pistol License Violation on 01/16/2024 at approximately 2200 hours.

NOI issued to S-1 for failure to use hand or mechanical signals.

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| Matthew Finn 12337 #4818   Jan 16, 2024 21:57 (e-signature) | Jeffrey Barr 9459   Jan 16, 2024 21:58 (e-signature) |
| PRINT NAME | PRINT NAME |
| Matthew Finn 12337 #4818 | Jeffrey Barr 9459 |

**MPD**

*NOTE: Summarized report. More data regarding this report may exist in the RMS.*
*Mark43 RMS Form v2.0 generated by M. O'Harran 6111 #L0194 on Jun 27, 2024 16:04.*