# EXHIBIT 2

[Large file, RDRB001_0000000049, provided to Court by link to cloud folder]