# EXHIBIT 4



Concealed Carry Pistol License

## Notice of Revocation

Metropolitan Police Department · Firearms Registration Branch ·441 4th Street NW, Suite #550S · Washington, DC 20001 · (202) 727-4275

## Licensee Information

| Christian Jr. | Eric | | N. |
|---|---|---|---|
| Last Name | First Name | | Middle Initial |
| 1319 S STREET SE | Washington | DC | 20020 |
| Home Street Address | City | State | ZIP Code |

February 13, 2024

Licensee:

A determination has been made to **revoke** your concealed carry pistol license. The Firearms Control Regulations Act of 1975, D.C. Official Code § 7-2501.01 *et seq.*, and its implementing regulations, D.C. Mun. Regs. tit. 24, § 2300, *et seq.*, specify certain licensing requirements for those intending to carry a concealed pistol. The Metropolitan Police Department (MPD) is authorized to deny a license when an inspection reveals that the applicant is not qualified to receive or not qualified to continue to hold the license. Under D.C. Code § 7-2509.05(a) (1) and D.C. Mun. Regs. tit. 24, § 2341.1, MPD may also revoke a license when it is determined that a current licensee no longer satisfies one or more of the concealed carry license qualifications or failed to comply with one or more requirements or duties imposed upon the licensee by the Act or its regulations.

*This action is being taken based on a background review that on 1/16/24 in which you were stopped in D.C. for a Pistol Violation in which your registered firearm (SERIAL # BTGL194) taken as evidence (CCN: 24-008-014).*

### DCMR§ 24-2344.2 A licensee shall carry any pistol in a holster on their person in a firmly secure manner that is reasonably designed to prevent loss, theft, or accidental discharge of the pistol.

Under D.C. Code § 7-2509.05(a) (1) and D.C. Mun. Regs. tit. 24, § 2341.1, this serves as notice of MPD's intent to revoke your license. Unless you appeal this revocation or at the time it becomes final you are required to return your concealed pistol license to the Firearm Registration Branch (441 4th Street NW, Suite #550S, Washington, DC 20001).

The Chief has determined that you WOULD meet the eligibility requirements for the prerequisite registration certificate. D.C. Code § 7-2509.02(a)(2); 24 DCMR §§ 2332.1(b).2335.1(a). You may appeal this decision by submitting a written request to the Office of Administrative Hearings (OAH) within fifteen (15) days after receipt of this notice. The appeal must be submitted to **OAH.DC.GOV**. The appeal should contain a copy of this notice; a description of the reasons why you believe this action was in error; all written materials that you wish the board to consider; and your full name, address, email address, and telephone number.

You must first resolve your registration eligibility with MPD before OAH may consider your CPL appeal.

Sincerely,

Firearms Registration Branch

**Firearms.adminbox@dc.gov**