# EXHIBIT 6

SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
CCN#: **24005187**
Arrest Number: **032400692**
**GERSTEIN AFFIDAVIT**
**District of Columbia**
vs
**BECK, TIMOTHY**

Officer Wilson 10229, John, CAD# 10229, personally appeared on 01/11/2024 and under penalty for making a false statement, set forth the below statement regarding the named defendant as true and/or as based upon information s/he believes to be true, and that the events occurred in the District of Columbia.

The event occurred on 01/11/2024 at approximately 00:33 at 1125 12TH STREET NW, WASHINGTON, DC 20005.

**The event occurred on January 11, 2024, 0032 hours in the 1100 Blk 12th Street NW Washington, DC.**

**Members of the Violent Crimes Suppression Division Narcotics Enforcement Unit and the Third District Crime Suppression Team conducted an undercover operation in reference to complaints of prostitution activity in the area.**

**The following is the conversation of the agreement between the defendant and the undercover:**

**\*S1 drove around the block a second time\***

**UC: I was wondering if you were gonna come back and see me**

**D1: You got a pimp?**

**UC: Why, are you looking for a girl?**

**D1: Look, it's dead out here, you wanna go to the bar and grab a drink? I'm buying**

**UC: I can't leave, I'm waiting for my girl around the corner, I have to be here when she gets back**

**D1: Oh, so y'all are working in a tag team**

**UC: Yeah, something like that**

**D1: So it's pretty dead out here whatcha think?**

**UC: What are you tryna do?**

**D1: Everything**

**UC: What's everything?**

**D1: I gotta describe it?**

**UC: Yeah I mean are we fucking and sucking or what? Some dude just asked my girl for anal and I don't do that**

**D1: Nah, no anal, just sex and head. You ain't a dude, no anal**

**UC: Well you're right about it being dead out here, so I'll fuck and suck for $80**

**D1: $80 what?**

**UC: Eighty dollars**

**D1: You got cash app or zelle? It's the future baby, If I can cash app or zelle you we good**

**UC: You can cash app me for it**

**The UC gives the prearranged signal for the arrest team to move in. D1 was stopped and positively identified as Beck, Timothy DOB ▮▮▮▮. D1 was placed under arrest and transported to the Third District for processing.**

**Additionally, at the time Defendant Beck was stopped and placed under arrest, he was carrying his valid DC registered pistol and has a valid DC concealed carry permit. Defendant Beck failed to notify Officers on the scene that he was in possession of his firearm, which is a mandatory requirement. As such he was additionally charged with a Pistol License Violation.**

**WILSON 10229, JOHN (01/11/2024) E-SIGNATURE**
Police Officer

**FLEMING 9630, JONATHAN / 9630 (01/11/2024) E-SIGNATURE**
Witness / Assistant Attorney General for the District of Columbia

**WILSON 10229, JOHN / 4699 / 10229**
Printed Name / Badge# / CAD#

**FLEMING 9630, JONATHAN / L-295 / 9630**
Printed Name of Witness / Deputy Clerk

The foregoing statement was made under penalty of criminal prosecution and punishment for false statements pursuant to D.C. Code 22-2405

Pg 2 of 2