# EXHIBIT 7

[Large file, RDRB001_0000000012, provided to Court by link to cloud folder]