# EXHIBIT 9



Concealed Carry Pistol License

## Notice of Revocation

Metropolitan Police Department · Firearms Registration Branch ·441 4th Street NW, Suite #550S · Washington, DC 20001 · (202) 727-4275

### Licensee Information

| Beck | Timothy | R. |
|---|---|---|
| Last Name | First Name | Middle Initial |
| 625 MONROE STREET NE #340 | Washington | DC | 20011 |
| Home Street Address | City | State | ZIP Code |

January 11, 2024

Licensee:

A determination has been made to **revoke** your concealed carry pistol license. The Firearms Control Regulations Act of 1975, D.C. Official Code § 7-2501.01 et seq., and its implementing regulations, D.C. Mun. Regs. tit. 24, § 2300, et seq., specify certain licensing requirements for those intending to carry a concealed pistol. The Metropolitan Police Department (MPD) is authorized to deny a license when an inspection reveals that the applicant is not qualified to receive or not qualified to continue to hold the license. Under D.C. Code § 7-2509.05(a) (1) and D.C. Mun. Regs. tit. 24, § 2341.1, MPD may also revoke a license when it is determined that a current licensee no longer satisfies one or more of the concealed carry license qualifications or failed to comply with one or more requirements or duties imposed upon the licensee by the Act or its regulations.

*This action is being taken based on a background review in which you were arrested and your firearm was seized in DC (CCN: 24-005-287)*

**DCMR§ 24-2304.9 Each weapon shall be carried in a holster approved by the Chief of Police or his or her designated agent.**

Under D.C. Code § 7-2509.05(a) (1) and D.C. Mun. Regs. tit. 24, § 2341.1, this serves as notice of MPD's intent to revoke your license. Unless you appeal this revocation or at the time it becomes final you are required to return your concealed pistol license to the Firearm Registration Branch (441 4th Street NW, Suite #550S, Washington, DC 20001).

The Chief has determined that you **do meet** the eligibility requirements for the prerequisite registration certificate. D.C. Code § 7-2509.02(a)(2); 24 DCMR §§ 2332.1(b).2335.1(a). You may appeal this decision by submitting a written request to the Office of Administrative Hearings (OAH) within fifteen (15) days after receipt of this notice. The appeal must be submitted to OAH.DC.GOV. The appeal should contain a copy of this notice; a description of the reasons why you believe this action was in error; all written materials that you wish the board to consider; and your full name, address, email address, and telephone number.

You must first resolve your registration eligibility with MPD before OAH may consider your CPL appeal.