# EXHIBIT 10

**DISTRICT OF COLUMBIA**
OFFICE OF ADMINISTRATIVE HEARINGS
441 4TH STREET, NW, SUITE 450 NORTH
WASHINGTON, DC 20001-2714
Tel: (202) 442-9094 • Fax: (202) 442-4789 • Email: oah.filing@dc.gov
eFiling: https://ecourt.oah.dc.gov/public-portal/

# Request to Appeal a Decision by the Metropolitan Police Department (MPD) Regarding a Concealed Pistol License

*Use this form if you want a hearing before an Administrative Law Judge because you disagree with a MPD decision to **deny, revoke, or limit a concealed pistol license**. Attach a copy of the MPD notice you are appealing.*

*If you wish to appeal a decision regarding a **firearm registration**, you must file a separate form for that purpose.*

## Section 1 – Contact Information

| Print Your Name: Timothy R. Beck | Your Mailing Address: 625 Monroe Street NE # 340 Washington, DC 20011 |
|---|---|
| Your Telephone: 202-271-1251 | |
| Your Email Address (*if any*): trbck3560@gmail.com  ☒ I consent to receive documents by email only | Your Ward (*if you know*): |
| *If you have a representative for this case:*  ☐ Non-Attorney Representative (as allowed by OAH Rule 2835)    ☒ Attorney ||
| Representative Name: George L. Lyon, Jr. | Representative Telephone: 202-669-0442 |
| Representative Email Address: gll@arsenalattorneys.com  ☐ Consents to receive documents by email only | Representative Mailing Address: 1929 Biltmore Street NW Washington, DC 20009 |

## Section 2 – Why do you need a hearing?

☐ MPD denied my application for a concealed pistol license.

☒ MPD revoked or limited my concealed pistol license.

☐ MPD issued a summary suspension or limitation of my concealed pistol license.

→ → → **Continue to second page** → → →

> In the space below, give the reason(s) you disagree with MPD's decision and explain what you want the judge to do. Use an additional page if needed.
>
> MPD proposes to revoke Mr. Beck's concealed pistol license ("CPL") pursuant to the attached notice of revocation dated January 11, 2024, Exhibit 1. This notice was not received by Mr. Beck until February 22, 2024. Therefore this appeal is timely.
>
> The notice states his license is being revoked pursuant to DCMRS 24-2304.9. That rule section, however, does not exist as it was repealed in 2009. See Exhibit 2. Accordingly, MPD has given no valid basis for revoking Mr. Beck's CPL, and its decision must be summarily reversed.

## Section 4 – Language Access

Do you need OAH to provide an interpreter to help you participate in the hearing?

☐ YES    ☒ NO

If YES, what language do you need? _____

## Section 5 – Reasonable Accommodation

Do you need a reasonable accommodation to help you participate in the hearing?

☐ YES    ☒ NO

If YES, please explain: _____

## Section 6 – Who Prepared the Hearing Request?

Signature of the person who prepared the hearing request:

___/s/George L. Lyon, Jr., DC Bar 388678_____    ___2/27/2024___
Signature                           Print Name                Date

Email, telephone, mailing address of person who prepared hearing request (if not printed above):

Prepared by counsel
_____

_____

Form L&E-007
Last Revised: 09/25/2023

**Exhibit 1**



Concealed Carry Pistol License

Notice of Revocation

Metropolitan Police Department - Firearms Registration Branch -441 4th Street NW, Suite #550s Washington, DC 20001 (202) 727-4275

Licensee Information

| Beck | Timothy | | R. |
|---|---|---|---|
| Last Name | First Name | | Middle Initial |
| 625 MONROE STREET NE #340 | Washington | DC | 20011 |
| Home Street Address | City | State | ZIP Code |

January 11, 2024

Licensee:

A determination has been made to revoke your concealed carry pistol license. The Firearms Control Regulations Act of 1975, D.C. Official Code $ 7-2501.01 et seg., and its implementing regulations, D.C. Mun. Regs. tit. 24, s 2300, et seq., specify certain licensing requirements for those intending to carry a concealed pistol. The Metropolitan Police Department (MPD) is authorized to deny a license when an inspection reveals that the applicant is not qualified to receive or not qualified to continue to hold the license. Under D.C. Code s 7-2509. 05(a) (1) and D.C. Mun. Regs. tit. 24, s 2341.1, MPD may also revoke a license when it is determined that a current licensee no longer satisfies one or more of the concealed carry license qualifications or failed to comply with one or more requirements or duties imposed upon the licensee by the Act or its regulations.

This action is being taken based on a background review in which you were arrested and your firearm was seized in DC (CCN: 24-005-287)

DCMRS 24-2304.9 Each weapon shall be carried in a holster approved by the Chief of Police or his or her designated agent.

Under D.C. Code s 7-2509 05(a) (1) and D.C. Mun. Regs. tit. 24, s 2341.1, this serves as notice of MPD's intent to revoke your license. Unless you appeal this revocation or at the time it becomes final you are required to return your concealed pistol license to the Firearm Registration Branch (441 4th Street NW, Suite #550S, Washington, DC 20001).

The Chief has determined that you do meet the eligibility requirements for the prerequisite registration certificate. D.C. Code s 7-2509. 02(a)(2); 24 DCMR ss 2332. 1(b).2335. 1(a). You may appeal this decision by submitting a written request to the Office of Administrative Hearings (OAH) within fifteen (15) days after receipt of this notice. The appeal must be submitted to OAH.DC. GOV. The appeal should contain a copy of this notice; a description of the reasons why you believe this action was in error; all written materials that you wish the board to consider; and your full name, address, email address, and telephone number.

You must first resolve your registration eligibility with MPD before OAH may consider your CPL appeal.

eLaws | eCases | District of Columbia | DC Code | DC Courts | Code of Federal Regulations |



Sign In    Sign Up

📖 D.C. Municipal Regulations (Last Updated: September 13, 2017)
- Title 24. PUBLIC SPACE AND SAFETY
  - Chapter 24-23. GUNS AND OTHER WEAPONS

Section 24-2304. LICENSES FOR CONCEALED WEAPONS [REPEALED]

*Latest version.*

**AUTHORITY**

The Chief of the Metropolitan Police Department, pursuant to her duties to interpret, implement and enforce the Firearms Regulations Control Act of 1975 (Act), effective September 24, 1976 (D.C. Law 1-85; D.C. Official Code § 7-2501, et seq.)(2001), and section 3(q) of the Firearms Registration Emergency Amendment Act of 2008 (FREAA), effective January 7, 2009 (D.C. Act 17-651; 56 DCR 911) and any substantially similar temporary or permanent acts.

**SOURCE**

Final Rulemaking published at 21 DCR 413, 417 (September 3, 1974); as amended by Notice of Emergency and Proposed Rulemaking published at 56 DCR 624 (January 16, 2009)[EXPIRED]; as amended by Notice of Final Rulemaking published at 56 DCR 4380 (June 5, 2009).

Disclaimer | Terms of Use | Privacy Policy | Contact Us | Feedback
Copyright © 2024 by eLaws. All rights reserved.