UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LYNNE ANNE-BRIGITTE RUSSELL,** *et al.*,<br><br>    **Plaintiffs,**<br><br>    v.<br><br>**DISTRICT OF COLUMBIA,** *et al.*,<br><br>    **Defendants.** | No. 1:24-cv-01820-JDB |

### ORDER

Upon consideration of Plaintiffs' Motion for Partial Summary Judgment (Plaintiffs' Motion), Defendants' Motion for Summary Judgment (Defendants' Motion), Plaintiffs' Opposition and Reply, Defendants' Reply, and the entire record, it is:

**ORDERED** that Plaintiffs' Motion is **DENIED**; and it is further

**ORDERED** that Defendants' Motion is **GRANTED**.

This is a final judgment.

**SO ORDERED**.

Date: _____

　　　　　　　　　　　　　　　　　　　　　　　Hon. John D. Bates
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge